```
                    FILED
         CLERK, U.S. DISTRICT COURT

              JAN 17 2008

         CENTRAL DISTRICT OF CALIFORNIA
         BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:08 mj 95 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| Luis Adrian Vasquez-Medina | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( )  crime of violence;

   2. ( )  offense with maximum sentence of life imprisonment or death;

   3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( )  felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓)(by the Government)/( ) (by the Court sua sponte involving)

   1. (✓) serious risk defendant will flee;

1        2.  ( ) serious risk defendant will
2            a. ( ) obstruct or attempt to obstruct justice;
3            b. ( ) threaten, injure, or intimidate a prospective
4            witness or juror or attempt to do so.
5
6  The Court finds [*on the present record that*] no condition or combination of conditions will
7  reasonable assure:
8    A.  (✓) appearance of defendant as required; and/or
9    B.  (✓) safety of any person or the community;
10                III.
11 The Court has considered:
12   A.  (✓) the nature and circumstances of the offense;
13   B.  (✓) the weight of evidence against the defendant;
14   C.  (✓) the history and characteristics of the defendant;
15   D.  (✓) the nature and seriousness of the danger to any
16      person or to the community.
17                IV.
18 The Court concludes:
19   A.  (✓) Defendant poses a risk to the safety of other persons
20      or the community because: _____
21 *prior record; parole violation*
22
23
24
25
26
27 ///
28 ///

1  B.  (✓) History and characteristics indicate a serious risk
2      that defendant will flee because: _____
3      _____ *illegal alien* _____
4      _____
5      _____
6      _____

7  C.  ( )  A serious risk exists that defendant will:
8           1. ( ) obstruct or attempt to obstruct justice;
9           2. ( ) threaten, injure or intimidate a witness/
10          juror; because: _____
11          _____
12          _____
13          _____

14  D.  ( )  Defendant has not rebutted by sufficient evidence to
15           the contrary the presumption provided in 18 U.S.C.
16           § 3142 (e)
17  IT IS ORDERED *without prejudice* that defendant be detained prior to trial.
18  IT IS FURTHER ORDERED that defendant be confined as far as
19  practicable in a corrections facility separate from persons awaiting
20  or serving sentences or person held pending appeal.
21  IT IS FURTHER ORDERED that defendant be afforded reasonable
22  opportunity for private consultation with his counsel.

23
24  DATED: 1/17/08
25
26                                    _____
27                                    U.S. MAGISTRATE JUDGE / DISTRICT JUDGE
28